IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14 CV 29

| | | |
|---|---|---|
| GEORGE W. SHOPE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| FRONTIER COMMUNICATIONS CORPORATION, et al, | ) ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Philip S. Anderson's Application for Admission to Practice *Pro Hac Vice* of Craig C. Martin. It appearing that Craig C. Martin is a member in good standing with the Illinois State Bar and will be appearing with Philip S. Anderson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Philip S. Anderson's Application for Admission to Practice *Pro Hac Vice* (#23) of Craig C. Martin is **GRANTED**,

and that Craig C. Martin is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Philip S. Anderson.

Signed: February 11, 2015

Dennis L. Howell
United States Magistrate Judge