# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
### 2:14 CV 29

| | |
|---|---|
| GEORGE W. SHOPE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| V | )      **ORDER** |
| | ) |
| FRONTIER COMMUNICATIONS | ) |
| CORPORATION, et al, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Philip S. Anderson's Application for Admission to Practice *Pro Hac Vice* of Anthony B. Borich. It appearing that Anthony B. Borich is a member in good standing with the Illinois State Bar and will be appearing with Philip S. Anderson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that Philip S. Anderson's Application for Admission to Practice *Pro Hac Vice*(#24) of Anthony B. Borichis **GRANTED**,

and that Anthony B. Borich is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Philip S. Anderson.

Signed: February 11, 2015

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge