IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14 CV 29

| | |
|---|---|
| **GEORGE W. SHOPE,** )<br>)<br>**Plaintiff** )<br>) **ORDER**<br>**v** )<br>)<br>**FRONTIER COMMUNICATIONS** )<br>**CORPORATION, FRONTIER** )<br>**COMMUNICATIONS CORPORATE** )<br>**SERVICES, INC. SOUTHEASTERN PLAN** )<br>**FOR HOURLY PAID EMPLOYEES'** )<br>**PENSIONS SERVICES; and its** )<br>**EMPLOYEE BENEFITS COMMITTEE,** )<br>As the Plan Fiduciary and Administrator; )<br>**HEWITT ASSOCIATES, LLC,** )<br>)<br>**Defendants.** ) | |

**THIS MATTER** has come before the undersigned pursuant to a Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan (#34) from which the parties requests that the Court enter a Pretrial Order and Case Management Plan. After an examination of the Certification and Report and the pleadings in this matter, the undersigned has determined to schedule a hearing regarding the preparation of the Pretrial Order and Case Management Plan in this matter. Not excluding other issues that may arise, the undersigned directs the parties to be prepared to discuss the following issues:

1

(1) Whether the caption in this matter should now be amended pursuant to the Second Amended Complaint (#33) to show that Frontier Communications Pension Plan is the appropriate defendant rather than Frontier Communications Corporate Services, Inc. and Southeastern Plan for Hourly Paid Employees' Pensions Services and its employee benefits plan;

(2) Whether or not the caption in this proceeding should now show that the appropriate defendant is Frontiers Retirement Investment and Administration Committee rather than its Employee Benefits Committee;

(3) Why Hewitt Management Company, LLC has not filed the Answer to the Plaintiff's First Amended Complaint which was attached as an exhibit to the Memorandum in Support of Motion to Set Aside Default. (#21) (#21-2) Is the appropriate defendant Hewitt Management Company, LLC or Hewitt Associates, LLC?

(4) Whether or not Plaintiff is entitled to a jury trial in this matter.

The Court will conduct a hearing regarding these and any other issues that may arise concerning the preparation of the Pretrial Order and Case Management Plan and counsel for the parties are required to attend this hearing

**ORDER**

**IT IS, THEREFORE**, **ORDERED** the Court will conduct a hearing on

**Friday, April 17, 2015 at 2:00 p.m.** in Courtroom #2 of the United States Courthouse in Asheville, North Carolina. Counsel for the parties are required to attend this hearing.

Signed: April 8, 2015

Dennis L. Howell
United States Magistrate Judge